# ELECTRONIC RECORD

COA # 02-12-00103-CR          OFFENSE: 1

STYLE: Donald Gregory Stephenson v. The State of Texas          COUNTY: Hood

COA DISPOSITION:     AFFIRMED          TRIAL COURT: 355th District Court

DATE: 08/14/14          Publish: N     TC CASE #:     CR11864

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Donald Gregory Stephenson v. The State of Texas          CCA #: 1247-14

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: _12/10/2014_          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD